AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

FILED
CLERKS OFFICE

2003 DEC 16  A 11: 46

U.S. DISTRICT COURT
DISTRICT OF MASS.

Kathleen Howe

V.

Continental Casualty Company

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**03-12350 RGS**

TO: (Name and address of Defendant)

Continental Casualty Company
CNA Plaza, 9th Floor
Chicago, IL 60685

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas E. Kenney
Pierce & Mandell, P.C.
11 Beacon Street, Suite 800
Boston, MA 02108

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE December 21, 2003

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CASE NO. 03-12350-RGS
AFFIDAVIT OF SPECIAL PROCESS SERVER

**Jimmy Moore**, being first duly sworn on oath deposes and says that he served process in the above mentioned cause.
That he served the within:

    ( X ) Summons & Complaint
    (   ) Citation to Discover Assets
    (   ) Rule to Show Cause
    (   ) Subpoena
    ( X ) Other: **Civil Category Sheet and Civil Cover Sheet**

1. (   ) By leaving a copy with the named party, ------- personally on -------.

2. (   ) On the within named party, -------, by leaving a copy with -------, -------, who states that they are a member of the household on -------, and informed that person of the contents thereof, and that further he mailed a copy of same in a sealed envelope with postage prepaid addressed to the party on -------.

3. ( X ) On the within party, **Continental Casualty Company,** by leaving a copy with **Kristine Bulian, Paralegal and Authorized Person,** on **December 3, 2003,** and informed that person of the contents thereof.

4. ( X ) That the sex, race and approximate age of the person with whom he left the documents were as follows:

SEX: **Female**    RACE: **Caucasian**    APPROXIMATE AGE: **40-45**

5. ( X ) That the place where and the time of day when the documents were served were as follows:

PLACE: **CNA Plaza**
       **9th Floor**
       **Chicago, Illinois 60685**
TIME OF DAY: **2:04 PM**

6. (   ) That he was unable to serve the within named party ------- located at ------- for the reason: -------

Signed and Sworn to before me
This **4th** day of **December 2003**.

_signature_

OFFICIAL SEAL
ANN T. SIMON
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 12-18-2006

_signature_
Jimmy Moore
Special Process Server
IT'S YOUR SERVE, INC.
Private Detective No. 117-000885