UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12350-RGS

KATHLEEN HOWE,  )
      Plaintiff,  )
                 )
v.  )
                 )
CONTINENTAL CASUALTY COMPANY )
      Defendant

## DEFENDANT CONTINENTAL CASUALTY COMPANY'S RULE 39(a) MOTION TO STRIKE

Now comes the Defendant Continental Casualty Company, and pursuant to Rule 39(a) of the Federal Rules of Civil Procedure, hereby moves this Court to strike Plaintiff's demand for a trial by jury, as no such right exists under ERISA. The Defendant relies upon the Memorandum of Law annexed hereto.

WHEREFORE, the defendant requests that this Court strike Plaintiff's demand for a trial by Jury.

                                        CONTINENTAL CASUALTY COMPANY,
                                        By its attorneys,

                                        _____
                                        Jean M. Kelley, BBO# 265540
                                        Of Counsel, MORRISON MAHONEY &
                                            MILLER, LLP
                                        115 Commonwealth Ave.
                                        Chestnut Hill, MA 02467
                                        617-964-0323