UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KATHLEEN HOWE, )
    Plaintiff, )
     )
v )   C.A. No.: 03-12350-RGS
     )
CONTINENTAL CASUALTY COMPANY, )
    Defendant )
     )

## PLAINTIFF'S CERTIFICATION PURSUANT TO LR 16.1(D)(3)

The plaintiff and her counsel certify that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

_____
Kathleen Howe

_____
Robert R. Pierce
BBO #561590
Thomas E. Kenney
BBO #561590
PIERCE & MANDELL, P.C.
11 Beacon Street, Suite 800
Boston, MA 02108
(617) 720-2444