# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

**CIVIL ACTION NO. 03-12350-RGS**

KATHLEEN HOWE,
      Plaintiff,

v.

CONTINENTAL CASUALTY COMPANY
      Defendant

## RULE 7.3 (A) CORPORATE DISCLOSURE STATEMENT OF THE DEFENDANT CONTINENTAL CASUALTY COMPANY

Now comes the defendant Continental Casualty Company and states that it is 100% owned by CNA Financial Corporation; and more than 10% of CNA Financial Corporation's voting stock is owned by the publicly held Loews Corporation, which has a current address of 667 Madison Ave., N.Y., N.Y. 10021-8087.

CONTINENTAL CASUALTY COMPANY,
By its attorneys,
MORRISON, MAHONEY & MILLER, LLP

_____
Jean M. Kelley, BBO #265540
115 Commonwealth Ave.
Chestnut Hill, MA 02467
(617) 964-0323
Fax: (617) 969-8737

## CERTIFICATE OF SERVICE

      I, Jean M. Kelley, hereby certify that I have this 3d day of March, 2004, served a true copy of the Parties' Joint Statement Regarding Pre-Trial Matters; the Defendant Continental Casualty Company's Certification of Compliance with Local Rule 16.1(D)(3); and the Defendant Continental Casualty Company's 7.3 Corporate Disclosure Statement by first class mail, postage prepaid, upon counsel of record:

Robert R. Pierce, Esq. (BBO # 549172)
Thomas E. Kenney, Esq. (BBO # 561590)
Pierce & Mandell, P.C.
11 Beacon Street, Suite 800
Boston, MA 02108

                                          Jean M. Kelley (BBO # 265540)