UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KATHLEEN HOWE,            )<br>        Plaintiff,             )<br>v.                              )<br>CONTINENTAL CASUALTY COMPANY )<br>        Defendant | CIVIL ACTION NO. 03-12350-RGS |

## CONTINENTAL CASUALTY COMPANY'S
## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 16.1(D)(3)

We hereby certify in accordance with this court's Local Rule 16.1(D)(3), that we have conferred and have discussed the budget for the cost of conducting a full course and various alternative courses of litigation and have considered the resolution of this litigation through the use of Alternative Dispute Resolution programs, such as those outlined in Local Rule 16.4.

CONTINENTAL CASUALTY COMPANY

_____

Mindy K. Elfand
Continental Casualty Company
2599 Lucien Way, 3d Floor
Maitland, FL 32751
Tel.: (407) 919-6768
Fax: (407) 919-6574

CONTINENTAL CASUALTY COMPANY
By its attorneys,
MORRISON MAHONEY & MILLER, LLP

_____

Jean M. Kelley, Esq. BBO#265540
115 Commonwealth Ave.
Chestnut Hill, MA 02467
Tel.: 617-964-0323
Fax.: 617-969-8737