UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**KATHLEEN HOWE**
    Plaintiff

    v.                                    CIVIL ACTION NO. 03-12350-RGS

**CONTINENTAL INSURANCE COMPANY**
    Defendant

## SETTLEMENT ORDER OF DISMISSAL

THE COURT HAVING BEEN ADVISED BY COUNSEL THAT THE ABOVE-ENTITLED ACTION HAS SETTLED:

IT IS HEREBY ORDERED THAT THIS ACTION BE DISMISSED WITHOUT COSTS AND WITHOUT PREJUDICE TO THE RIGHT OF ANY PARTY, UPON GOOD CAUSE SHOWN, TO RESTORE THE ACTION TO THE DOCKET WITHIN 60 DAYS IF SETTLEMENT IS NOT CONSUMMATED.

SO ORDERED.

                                        RICHARD G. STEARNS
                                      UNITED STATES DISTRICT JUDGE

                    BY:
                        /s/ Mary H. Johnson
                        _____
                        DEPUTY CLERK

**DATED: 3-8-04**