UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12350-RGS

KATHLEEN HOWE, )
    Plaintiff, )
v. )
CONTINENTAL CASUALTY COMPANY )
    Defendant

### STIPULATION OF DISMISSAL

Now come the parties Plaintiff Kathleen Howe and the Defendant Continental Casualty Company, and hereby stipulate that the above-captioned matter should be dismissed in its entirety, with prejudice and without costs, and all rights of appeal waived.

| | |
|---|---|
| KATHLEEN HOWE<br>By her attorneys, | CONTINENTAL CASUALTY COMPANY,<br>By its attorneys,<br>MORRISON, MAHONEY & MILLER, LLP |
| _____<br>Robert R. Pierce, Esq.(BBO#549172)<br>Thomas E. Kenney, Esq. (BBO#561590)<br>Pierce & Mandell, P.C.<br>11 Beacon Street, Suite 800<br>Boston, MA 02108<br>(617) 720-2444 | _____<br>Jean M. Kelley, Esq. (BBO#265540)<br>115 Commonwealth Ave.<br>Chestnut Hill, MA 02467<br>(617) 964-0323 |